UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-3773-SK                          Date: July 16, 2026
Title      Caizhen Qiu v. James Janecha, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|                    Connie Chung                    |                         n/a                        |
| :------------------------------------------------: | :------------------------------------------------: |
|                    Deputy Clerk                    |              Court Reporter / Recorder             |

|       Attorneys Present for        |       Attorneys Present for         |
| :--------------------------------: | :---------------------------------: |
|      Plaintiff(s)/Petitioner(s):   |    Defendant(s)/Respondent(s):      |
|           None present             |           None present              |

**Proceedings:**       (IN CHAMBERS) **ORDER GRANTING UNOPPOSED PETITION**

Respondents are presenting no opposition to the petition for writ of habeas corpus under 28 U.S.C. § 2241.  The petition is thus construed as unopposed and, so construed, is GRANTED.

Petitioner **Caizhen Qiu (A# 221-344-103**) is therefore ORDERED RELEASED IMMEDIATELY from custody on reasonable conditions of supervision. Judgment in petitioner's favor will be entered accordingly.