JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAIZHEN QIU,
Petitioner,
v.
JAMES JANECHA, et al.,
Respondents.

Case No. 5:26-cv-3773-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. Petitioner **Caizhen Qiu (A# 221-344-103**) is therefore ORDERED RELEASED IMMEDIATELY from custody on reasonable conditions of supervision.

DATED: July 16, 2026

STEVE KIM
United States Magistrate Judge